

**IT IS ORDERED as set forth below:**

**Date:  January 25, 2019**

**W. Homer Drake**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 18-12426-WHD |
| David Sandler | ) | |
| Karen Sandler | ) | |
| Debtors. | | |

### <u>ORDER GRANTING THE TRUSTEE'S APPLICATION FOR AUTHORITY AND APPROVAL TO EMPLOY RICHARD ASTRELLA, A MEMBER OF STAR REAL ESTATE GROUP AND APPROVAL OF LISTING AGREEMENT FOR SALE OF REAL PROPERTY</u>

Now the above-captioned matter comes on before this Court upon the Application of the

Chapter 7 Trustee herein, Theo Mann and pursuant to 11 U.S.C. §327, requested authority to

employ the professional services of Richard Astrella, a member of Star Real Estate Group, in this

matter for the listing and sale of real estate known as 7764 MONTGOMERY AVE TOWNSHIP

OF CHELTENHAM, PA 19027, and to approve the Listing Agreement for this property. The

Trustee filed the Application on January 22nd, 2019, (Doc#19). The Trustee served  the Motion

on the Office of the United States Trustee, Debtor's counsel, and  Debtors.

The Court, having jurisdiction herein, finds as follows:

1. The Applicant is the duly qualified and acting Chapter 7 Trustee of the bankruptcy estate of David Sandler & Karen Sandler.

2. Richard Astrel1a, a member of Star Real Estate Group, has the expertise and knowledge to assist the Chapter 7 Trustee with the marketing and sale of real property located at 7764 MONTGOMERY AVE TOWNSHIP OF CHELTENHAM, PA 19027. and which is legally described as follows:

   **Parcel Number:** 31-00-19330-007
   **Zoning:** R5
   **City/Municipality/Township:** CHELTENHAM TOWNSHIP
   **Census Tract** 420912024.023003
   **Carrier Route:** C029
   **Abbreviated Description:** DIST:31 CITY/MUNI/TWP:CHELTENHAM TOWNSHIP

   hereinafter referred to as the "Real Property".

3. The Debtors have not declared the Real Property as exempt.

4. The Chapter 7 Trustee desire to employ Richard Astrella, a member of Star Real Estate Group (jointly referred to hereafter as "Local Listing Broker"), to provide professional services on behalf of this bankruptcy estate for the marketing and sale of the Real Property identified hereinabove, in which the above-named Debtor holds an interest. The Local Listing Broker is requesting a commission of two percent (2%) of the gross sale proceeds. All fees and expenses will be presented to the Court for approval prior to payment.

5. A duly executed and verified statement of disinterestedness was attached to the Application as Exhibit "A" setting out that the employees and members of Star Real Estate Group arc disinterested persons, as the term is used in the Bankruptcy Code, do not hold an interest adverse lo the bankruptcy estate, is not aware of any connection with the Debtor, creditors. any other party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the

United States Trustee and understand there is a continuing duty to disclose any such adverse interest.

6.  Notice of the request and approval of the employment of this professional was provided and served upon all parties of interest in this matter.

7.  Also attached to the Trustee's Application as Exhibit "B" was a copy of the Listing Agreement and the Chapter 7 Trustee requested that the Court approve this Agreement, which the Chapter 7 Trustee has executed on behalf of this bankruptcy estate.

8.  BK Global Real Estate Services ("BK Global") has been retained by the Chapter 7 Trustee and BK Global has agreed to fully cooperate with Local Listing Broker.

9.  Mr. Cooper claims a mortgage interest in the Real Property and has consented to the sale of the Real Property subject to their security interest.

The Court, having reviewed the file herein and being fully advised, finds that good cause exists to grant the Trustee's Application and for the entry of this Order.

IT IS, THEREFORE, BY THE COURT ORDERED that the Chapter 7 Trustee's Application is hereby GRANTED and the Chapter 7 Trustee is hereby AUTHORIZED to employ the professional services of Richard Astrella, a member of Star Real Estate Group, in this bankruptcy estate, for the listing and sale of the Real Property.

IT IS BY THE COURT FURTHER ORDERED that the Listing Agreement with Richard Astrella, a member of Star Real Estate Group, for the sale of the subject Real Property is hereby APPROVED.

A copy of the Application and Order having been served upon the United States Trustee, this Order is entered subject to the objection of the United States Trustee.

END OF DOCUMENT

SUBMITTED BY:

MANN & WOOLDRIDGE, P.C.

By:     */s/ Theo D. Mann*
        Theo D. Mann
        Attorney for Trustee
        State Bar No. 469150

P. 0. Box 310
Newnan, GA 30264-0310
(770) 253-2222
tmann@mwklaw.org

PARTIES TO BE SERVED

Charles E. Nye
Deming, Parker, Hoffman,
Campbell & Daly, LLC
4851 Jimmy Carter Blvd.
Norcross, GA 30093

David Sandler
Karen Joan Sandler
13 Oak Street
Manchester, GA 31816

Richard Astrella
Star Real Estate Group
1500 Walnut Street, Ste. 1103
Philadelphia, PA 19102

United States Trustee
362 Richard Russell Building
75 Ted Turner Dr., S.W.
Atlanta, GA 30303